# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Jennifer Gattermeyer,

    Plaintiff,

        v.                                    Case No. 1:17cv286

Commissioner of Social Security,        Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on December 20, 2017 (Doc. 13).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981. No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 13) of the Magistrate Judge is hereby **ADOPTED.** The Parties' Joint Motion to Remand (Doc. 12) is **GRANTED** thereby **REVERSING** and **REMANDING** the Commissioner's decision for further consideration under Sentence Four of 42 U.S.C. § 405(g) consistent with the recommendation by the Magistrate Judge.

**IT IS SO ORDERED.**

                                                  *s/Michael R. Barrett*
                                                  Michael R. Barrett
                                                  United States District Judge