# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Jennifer Gattermeyer,

    Plaintiff,

        v.                                Case No. 1:17cv286

Commissioner of Social Security,        Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on July 17, 2019 (Doc. 21).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 21) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 21) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Counsel should be awarded a gross fee of $7,365.00 under 42 U.S.C. §406(b). Applying an offset of $3,000—the amount of the EAJA fee previously awarded—yields a net fee totaling **$4,365.00**, which should be paid to counsel out of Plaintiffs past-due benefits award.

    **IT IS SO ORDERED.**

                                              s/ *Michael R. Barrett*
                                              Michael R. Barrett, Judge
                                              United States District Court